SEPTEMBER 16, 1954

Reap. Dec. 8333.—

—*Charles Stockheimer, Inter-Maritime Fwdg. Co., Inc.* v. *United States.* Reap. Dec. 8277. Motion by defendant.